**Opinion issued July 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00306-CV

———————————

**MCDANIEL HOMES, LLC AND GERALD RYAN MCDANIEL,**
**Appellants/Cross-Appellees**

**V.**

**THOMAS MOORE AND KRISTY MOORE,**
**Appellees/Cross-Appellants**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case No. 20-CV-0766**

---

### MEMORANDUM OPINION

On April 20, 2023, appellants/cross-appellees, McDaniel Homes, LLC and Gerald Ryan McDaniel (collectively, "appellants"), filed a notice of appeal from the trial court's January 23, 2023 judgment. On April 21, 2023,

appellees/cross-appellants, Thomas Moore and Kristy Moore (collectively, "appellees"), filed a notice of appeal from the trial court's January 23, 2023 judgment. On June 26, 2023, appellants and appellees filed an "Agreed Motion to Dismiss Appeal." In the motion, the parties represented that they had "settled all their claims," and they requested that we dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(2).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.